UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES L. BUFORD, Individually,

    Plaintiff,

v.                                 Case No.  6:13-cv-31-ORL-37TBS

DU-PAN LIGHTS HOTEL, LLC, a Florida
limited liability company,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant, Du-Pan Lights Hotel, LLC's Opposed Motion for Leave to Conduct Discovery Limited to the Issue of Count II: Damages Demanded (Doc. 28).  Plaintiff has filed a memorandum in opposition to the motion. (Doc. 29).

Plaintiff alleges in Count II of his Complaint that while operating a wheel chair on Defendant's property, he fell over and "suffered bodily injury resulting pain and suffering, loss of capacity for the enjoyment of life, medical care and treatment, and aggravation of a pre-existing condition." (Doc. 1, ¶ 22).  The Court has entered an Order which, among other things, stays most discovery and requires the parties to mediate this case no later than May 1, 2013.  (Doc. 16).  Defendant seeks leave of Court to conduct discovery into Plaintiff's damage claim in preparation for mediation. (Doc. 28).  Although Plaintiff opposes the motion, he has given Defendant copies of his discharge instructions from Orlando Health Regional Renter, records from Hialeah Hospital, and records from the Miami VA Medical Center.  (Doc. 30).  Plaintiff has also

agreed to seek and turnover ambulance records and additional documents from Orlando Health Regional Center. (Id.) Still, Defendant believes it will be prejudiced if it is limited to obtaining medical records pertinent to Count II of Plaintiff's complaint solely from Plaintiff. (Id.)

As a general rule, limiting the scope of discovery is easier said than done. Plaintiff has already made a partial disclosure of information and if what has been provided is insufficient to evaluate his damage claim, then he will undoubtedly have to make additional disclosure at the mediation. Lastly, the amount of time available to conduct discovery is limited which leads the Court to question the efficacy of any discovery that is initiated now. Accordingly, upon due consideration, the motion is DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on April 3, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel